**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3089-18T1

JOHN RUTTLER,

     Plaintiff-Appellant,

v.

PSE&G,

     Defendant-Respondent,

and

VERIZON, BUCKEYE PA
TERMINAL, LLC, and
COLONIAL PIPELINE,

     Defendants.

_____

Submitted May 4, 2020 – Decided May 29, 2020

Before Judges Messano and Susswein.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-2731-17.

Levinson Axelrod, PA, attorneys for appellant (Adam L. Rothenberg, on the briefs).

PSE&G Services Corporation, attorneys for respondent (Peter L. Agostini and Natalie F. Dallavalle, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted, and the parties have stipulated to dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3089-18T1